UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ken A. Murphy, | ) C/A No. 4:16-cv-03351-MGL-TER |
| Plaintiff, | ) ORDER |
| vs. | ) |
| Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

Under Local Civil Rule 73.02(B)(2)(b) of the United States District Court for the District of South Carolina, review of the motion for leave to proceed *in forma pauperis* filed in this action has been referred to the assigned United States Magistrate Judge.

Plaintiff has submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), which is construed as a motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. At this time based on the information filed, the court cannot make a final determination on the Motion without additional information from Plaintiff.

The court orders Plaintiff to answer the attached Special Interrogatories truthfully, fully, and completely.

**If Plaintiff does not respond, this case may be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

s/ Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 13, 2016
Florence, South Carolina